NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-93

**ALFRED A. GADAPEE, JR. ET UX**

**VERSUS**

**ALLSTATE INSURANCE COMPANY, ET AL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT, NO. C-2000-0590
PARISH OF BEAUREGARD
HONORABLE STUART S. KAY, JR., PRESIDING

\*\*\*\*\*\*\*\*\*\*\*\*\*
**SYLVIA R. COOKS**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, John D. Saunders, and Jimmie C. Peters, Judges.

**AFFIRMED.**

Cooks, J., Concurs.

Mitchel M. Evans, II
P.O. Drawer 28
DeRidder, Louisiana 70634
(337) 462-5225
COUNSEL FOR APPELLANTS:
    Alfred A. Gadapee, Jr., et ux

Brian K. Abels
Ungarino & Eckert LLC
3909 Plaza Tower Drive
Baton Rouge, Louisiana 70816
(225) 292-5296
COUNSEL FOR APPELLEE:
    Penn America Insurance Company